UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MICHAEL METZGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-CV-2161 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION FOR DISMISSAL OF THIS CASE WITH
PREJUDICE AFTER THE PLAINTIFF HAS RECEIVED
THE AGREED SETTLEMENT PAYMENT**

The Plaintiff, Michael Metzger, by his undersigned attorney, Laurie A. Niego, and the Defendant, United States of America, by James A. Lewis, United States Attorney for the Central District of Illinois and the undersigned Assistant United States Attorney David H. Hoff, in compliance with Fed.R.Civ.P. 41(a)(1)(A)(ii), jointly stipulate and agree that this above-entitled case shall be dismissed with prejudice on the following terms and conditions after the Plaintiff receives the net settlement proceeds previously agreed to by the Plaintiff and Defendant, with each party paying his and its own court costs, attorney's fees and expenses:

1. This cause has been compromised and settled to the full and complete satisfaction of all parties hereto.

2. Each party is responsible for its own court costs, expenses of litigation, and attorney's fees.

3.	The United States shall notify this Court after the Plaintiff has received his net settlement proceeds recited above.

4.	The undersigned parties hereby jointly move this Court to dismiss this case with prejudice by entering the proposed Order submitted herewith after this Court receives the above notice from the United States that the Plaintiff has received said settlement proceeds.

Respectfully submitted by the undersigned attorneys for the parties to this case.


s/Laurie A. Niego                              	s/David H. Hoff                              
LAURIE A. NIEGO	DAVID H. HOFF
Attorney for Plaintiff, Michael Metzger	Assistant United States Attorney
	For The Defendant