UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MICHAEL METZGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-CV-2161 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**CONSENT ORDER APPROVING THE PARTIES' JOINT STIPULATION
FOR DISMISSAL OF THIS CASE WITH PREJUDICE**

This matter having come to be heard upon the executed previously filed Joint Stipulation For Dismissal Of This Case With Prejudice After The Plaintiff Has Received The Agreed Settlement Payment and upon the recently filed Notice by the United States of America that the Plaintiff has received his net settlement proceeds that has been filed in compliance with said Stipulation, and this Court, after having been fully advised in the premises, hereby enters this proposed Agreed Order submitted as an exhibit to the Parties' Stipulation For Dismissal.

THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED, ADJUDGED AND DECREED IN COMPLIANCE WITH FED.R.CIV.P. 41(A)(1)(A)(ii), THAT THIS ABOVE ENTITLED CASE IS HEREBY DISMISSED WITH PREJUDICE WITH EACH PARTY PAYING HIS AND ITS OWN ATTORNEY'S FEES, COSTS AND EXPENSES OF LITIGATION.

There is no just reason to delay either enforcement of or appeal from entry of this Order.

ENTERED THIS __4th__ DAY OF __November__, 2015.

/s/ Harold A. Baker
_____
HAROLD A. BAKER
United States District Judge

Approved As To Form and Substance By:

| | |
|---|---|
| Laurie A. Niego | s/David H. Hoff |
| LAURIE A. NIEGO | DAVID H. HOFF |
| Attorney for Plaintiff, Michael Metzger | Assistant United States Attorney |
| | For The Defendant |